In re: IMPERIAL REAL ESTATE CORPORATION, Debtor.

Clearwater Ridge, Inc., Appellant,

v.

James Rigby, Chapter 7 Trustee, Appellee.

In re: Imperial Real Estate Corporation, Debtor.

Silver Shadow Partnership; Appolonia Kwan; William Kwan; James Cummins; Meng–Chao Yao; Patricia C.H. Yao; Kam Au Cummins, Appellants,

v.

James Rigby, Chapter 7 Trustee, Appellee.

In re: Imperial Real Estate Corporation, Debtor.

Cypress Cove Associates Limited Partnership; James Cummins; Kam Au Cummins, Appellants,

v.

James Rigby, Chapter 7 Trustee, Appellee.

In re: Imperial Real Estate Corporation, Debtor.

Reflections by the Lake, Ltd.; Bonadventure Reflections, Inc.; James Cummins; Hosine Reflections, Inc.; Kam Au Cummins, Appellants,

v.

James Rigby, Chapter 7 Trustee, Appellee.

---

In re: Imperial Real Estate Corporation, Debtor.

Team Fife, LLC, Appellant,

v.

James Rigby, Chapter 7 Trustee, Appellee.

Nos. 00–35063, 00–35064, 00–35065, 00–35067, 00–35068.
BAP Nos. WW–99–01142–KBoRy, WW–99–01152–KBoRy, WW–99–01145–KBoRy.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 8, 2002.

Decided Jan. 11, 2002.

Before THOMAS, GRABER, and GOULD, Circuit Judges.

MEMORANDUM *

After careful consideration of the record, briefs and oral arguments, we affirm the decision of the Bankruptcy Appellate Panel filed November 23, 1999, for the reasons given by the Bankruptcy Appellate Panel in its memorandum decision.

AFFIRMED.

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.